## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Rocio Herrera-Nevarez,

Plaintiff(s),

v.

Ethicon, Inc., et al.,

Defendant(s).

Case No. 17 C 3930
Judge Matthew F. Kennelly

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment in favor of defendants Ethicon, Inc. and Johnson & Johnson on the first claim – negligence and on the second claim-strict liability; and in favor of plaintiff Rocio Herrera-Nevarez on the third claim – negligent misrepresentation. Plaintiff Rocio Herrera-Nevarez is assessed compensatory damages for the reasonable expense of necessary medical care, treatment, and services rendered in the amount of $55,000.00.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 8/24/2017

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk