UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Rocio Herrera–Nevarez
                                      Plaintiff,

v.                                                    Case No.: 1:17–cv–03930
                                                          Honorable Matthew F. Kennelly

Ethicon, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on the revised calculation of deposition costs submitted by plaintiff's counsel pursuant to the Court's direction, costs are taxed in favor of plaintiff and against defendants in the total amount of $37,566.99. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.